1  Kip Evan Steinberg (SBN 096084)
   LAW OFFICE OF KIP EVAN STEINBERG
2  Courthouse Square
   1000 Fourth Street, Suite 600
3  San Rafael, CA 94901
   Telephone: 415-453-2855
4  Facsimile: 415-456-1921
   kip@steinberg-immigration-law.com
5

6  **Attorney for Plaintiff MOHAMED NAGIB HAMADA ABOUSHABAN**

7

8

9
                    UNITED STATES DISTRICT COURT
10
               FOR THE NORTHERN DISTRICT OF CALIFORNIA
11
                       SAN FRANCISCO DIVISION
12

13

14  MOHAMED NAGIB HAMADA ABOUSHABAN        )
                                           )
15             Plaintiff,                  )       **Case No.  C 06-1280 BZ**
                                           )
16     v.                                  )
                                           )
17                                         )
    ROBERT S. MUELLER, Director            )
18  Federal Bureau of Investigation        )       **STIPULATION TO**
                                           )       **CONTINUE CASE**
19  EVELYN C. UPCHURCH, Acting Director,   )       **MANAGEMENT**
    Nebraska Service Center, USCIS         )       **CONFERENCE;**
20  EMILIO T. GONZALEZ, Director, USCIS    )       **ORDER THEREON**
    MICHAEL CHERTOFF, Secretary            )
21  Department of Homeland Security,       )
    ALBERTO GONZALES,  Attorney General,   )
22  Department of Justice                  )
                                           )
23                                         )
               Defendants                  )
24  _____)

25
         The parties, by their attorneys,  agree and stipulate as follows:
26
         1.   The Case Management Conference is scheduled for July 17, 2006
27
              at 4:00 p.m.
28

*Aboushaban v. Mueller - Case No. C 06 1280 BZ*
Stipulation To Continue CMC

1      2.    A long standing scheduled out of town vacation from July 15-22 has created a calendar conflict for plaintiff's counsel.

3      3.    A short delay in scheduling the Case Management Conference will not prejudice either side.

Therefore, the parties request that the Court reset the date for the Case Management Conference to July 24, 2006 at 4:00 p.m. or to another date convenient to the Court's schedule as soon as possible after July 24, 2006.

This stipulation may be signed in counterpart with each page being considered as an "original".

_____                \_\_/s/_____  
    Date                            Kip Evan Steinberg  
                                      Attorney for Plaintiff  
                                      MOHAMED ABOUSHABAN

_____                \_\_/s/_____  
    Date                            Kevin V. Ryan  
                                      United States Attorney  
                                      By: Edward A. Olsen  
                                      Assistant United States Attorney  
                                      Attorneys for Defendants

//  
//  
//  
//  
//  
//  
//  
//

*Aboushaban v. Mueller - Case No. C 06 1280 BZ*  
Stipulation To Continue CMC                    2

1  **ORDER GRANTING RESCHEDULING OF CASE MANAGEMENT**
2  **CONFERENCE**
3  The parties having so stipulated, and good cause appearing, IT IS ORDERED
4  that the Case Management Conference shall be set for ___July 24, 2006___
5  at 4:00 p.m., in Courtroom G, 15th Floor, Federal Building, 450 Golden Gate
6  Avenue, San Francisco, California 94102.  Case Management Statements shall
7  be electronically filed seven (7) days prior to the Case Management Conference.

10  Dated: ___June 13, 2006___



HON. BERNARD ZIMMERMAN
United States Magistrate Judge

*Aboushaban v. Mueller - Case No. C 06 1280 BZ*
Stipulation To Continue CMC                3