```
 1 | KEVIN V. RYAN, CSBN 118321
   | United States Attorney
 2 | JOANN M. SWANSON, CSBN 88143
   | Assistant United States Attorney
 3 | Chief, Civil Division
   | EDWARD A. OLSEN, CSBN 214150
 4 | Assistant United States Attorney
 5 |    450 Golden Gate Avenue, Box 36055
   |    San Francisco, California 94102
 6 |    Telephone: (415) 436-6915
   |    FAX: (415) 436-6927
 7 |
   | Attorneys for Defendants
 8 |
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| MOHAMED NAGIB HAMADA ABOUSHABAN, | |
| Plaintiff, | No. C-06-1280-BZ |
| v. | |
| ROBERT S. MUELLER, Director Federal Bureau of Investigation; EVELYN C. UPCHURCH, Acting Director, Nebraska Service Center, USCIS; EMILIO T. GONZALEZ, Director, USCIS; MICHAEL CHERTOFF, Secretary of the Department of Homeland Security; ALBERTO GONZALES, Attorney General, Department of Justice, | **STIPULATION TO EXTENSION OF TIME TO FILE DEFENDANTS' OPPOSITION TO PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT AND DEFENDANTS' CROSS-MOTION FOR SUMMARY JUDGMENT; AND [PROPOSED] ORDER** |
| Defendants. | |

The plaintiff, by and through his attorney of record, and defendants, by and through their attorneys of record, hereby stipulate, subject to the approval of the Court, to a one-week extension of time to file the government's opposition to the plaintiff's motion for summary judgment and its cross-motion for summary judgment. The plaintiff was interviewed by the United States Citizenship and Immigration Services (USCIS) on September 18, 2006, and is set to issue a decision on the plaintiff's application to adjust his status to that of lawful permanent resident as soon as the plaintiff provides USCIS with a

STIPULATION TO EXTENSION OF TIME
C 06-1280-BZ                                   1

1  Supplemental Form to I-693 (a vaccination supplement).

2      If the case is not moot within one week, the defendants will file their opposition to plaintiff's motion for summary judgment and their cross-motion for summary judgment on September 27, 2006; the plaintiff will file his reply on October 4, 2006; and the government's sur-reply, if any, will be filed on October 6, 2006.

Date: September 19, 2006          Respectfully submitted,

                                               KEVIN V. RYAN
                                               United States Attorney

                                               /s/
                                               EDWARD A. OLSEN[1]
                                               Assistant United States Attorney
                                               Attorneys for Defendants

Date: September 19, 2006          /s/
                                               KIP EVAN STEINBERG
                                               Attorney for Plaintiff

**ORDER**

Pursuant to stipulation, IT IS SO ORDERED.

Date: September 21, 2006
                                        BERNARD ZIMMERMAN
                                        United States

*(Stamp: IT IS SO ORDERED / Judge Bernard Zimmerman / United States District Court, Northern District of California)*

---

[1] I, Edward A. Olsen, attest that Kip Evan Steinberg and I have signed this stipulation.

STIPULATION TO EXTENSION OF TIME
C 06-1280-BZ                      2